PARSONS & al. versus HATHAWAY & al.

By § 17, c. 148, R. S., among other things, it is provided, that the bond given by a debtor for his release on mesne process, shall be conditioned, that he will, within fifteen days after the last day of the term of the Court, at which the judgment shall be rendered in such suit, notify the judgment creditor, for the purpose of disclosure, &c.

The condition in such bond is saved by a notice, within fifteen days after the last day of the *term* at which judgment is rendered, although there had been an *adjournment* of the Court, and a *special judgment* had been entered *prior* to such adjournment.

ON REPORT from *Nisi Prius*, APPLETON, J., presiding. DEBT, on a bond given on arrest on mesne process.

State *v.* McAloon.

The original suit on which the bond was taken, was entered at the October term of the Supreme Judicial Court, 1853, and defaulted.

On the sixth day of the term, the Court ordered that judgment be entered up according to verdicts, opinions, *defaults*, &c., as of that day, and that all matters not otherwise disposed of, stand continued to the last Tuesday of November following, to which time the Court was adjourned.

The term continued to the 24th day of the following December, when it was adjourned without day.

The debtor, on the 26th of the same December, cited the plaintiffs before two justices of the peace and quorum, and disclosed, Jan. 14, 1854, and took the oath prescribed.

The Court were authorized to render judgment by nonsuit or default, as the law required.

*A. Sanborn,* for defendants.

*Hilliard,* for plaintiffs.

RICE, J. — The condition in the bond given by the debtor, under the provisions of § 17, c. 148, R. S., is this, he will, within fifteen days *after the last day of the term* of the Court, at which the judgment shall be rendered in such suit, notify the judgment creditor, &c. This has reference to the last day of the term, and not to the day on which a special judgment has been entered up. The day of final adjournment is the last day of the term. Any other construction would make as many last days of a term as there should happen to be adjournments during the term. Such a construction is not admissible. · *Plaintiff nonsuit.*

---

† STATE OF MAINE *versus* McALOON.